■ CAROL HULSE, Appellant, v PATRICK MOLT, Respondent. [639 NYS2d 939]

The Supreme Court did not improvidently exercise its discretion in permitting the defendant to file a late answer. The delay on the part of the defendant was brief and the excuse for the delay was reasonable *(see,* CPLR 3012 [d]). Miller, J. P., Joy, Hart and Krausman, JJ., concur.